UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EWIN OSCAR MARTINEZ, ) | Case No. EDCV 09-0375-SVW(RC) |
| Plaintiff, ) | |
| vs. ) | ORDER ADOPTING REPORT AND |
| ) | RECOMMENDATION OF UNITED STATES |
| UNITED STATES OF AMERICA, DR. ) | |
| GEORGE SANTINI, et. al., ) | |
| Defendants. ) | |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the amended complaint and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, as well as plaintiff's objections, and has made a de novo determination.

IT IS ORDERED that:

(1) The Report and Recommendation IS APPROVED AND ADOPTED;

(2) defendant George Santini's motion to dismiss IS GRANTED, and all claims against defendant Santini are dismissed;

(3) defendant United States' motion to dismiss IS GRANTED, IN

PART, and all claims are dismissed against defendant United States except plaintiff's third cause of action for negligence under the Federal Tort Claims Act, and defendant United States shall file an answer to plaintiff's negligence claim within thirty (30) days of the date of this Order; and

(4) plaintiff's request for punitive damages is stricken.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and the Magistrate Judge's Report and Recommendation by the United States mail on plaintiff.

DATED: September 30, 2010

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

R&R\09-0375.ado
6/14/10