ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
GEOFFREY D. WILSON
Assistant United States Attorney
California Bar No.: 238577
    Room 7516 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2420
    Fax No.: (213) 894-7819
    Email: Geoffrey.Wilson@usdoj.gov

Attorneys for Federal United States of America



UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| EWIN OSCAR MARTINEZ<br><br>    Plaintiff,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA; et al.,<br><br>    Defendants. | No. EDCV 09-0375-SVW (VBK)<br><br>[PROPOSED] ORDER RE: STIPULATION FOR COMPROMISE SETTLEMENT AND RELEASE OF FEDERAL TORT CLAIMS ACT CLAIMS PURSUANT TO 28 U.S.C. § 2677 |

The Stipulation for Compromise Settlement and Release ("Settlement Agreement") filed by the parties hereto is accepted by the Court. This case is dismissed with prejudice. This Court will retain jurisdiction over this case until the settlement funds are delivered as set forth in paragraph 9 of the Settlement Agreement.

Dated: 6/22/11

HON. STEPHEN V. WILSON

U.S. DISTRICT COURT JUDGE